Local AO 470 (Rev. 11/16) Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:23-mj-534 |
| Christian Akouala | ) | |

**ORDER SCHEDULING**

**DETENTION AND PRELIMINARY HEARING**

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing<br>Preliminary Hearing | **Date and Time:** 10/11/2023 at 11:00 AM |
|---|---|
| **Place:** U.S. Federal Courthouse<br>655 1st Ave. N., Fargo, ND | **Courtroom No.:** Fargo Courtroom 2 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/06/2023

*/s/ Alice R. Senechal*
*Judge's signature*

Alice R. Senechal, Magistrate Judge
*Printed name and title*