UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CHRISTIAN AKOUALA,  )<br>  )<br>        Defendant.  )  | Criminal No. 3:23-MJ-534<br><br>**DEFENDANT'S MOTION FOR CHANGE OF VENUE AND RECUSAL** |

The Defendant, Christian Akouala submits this Motion for a Change of Venue pursuant to Fed. R. Crim Pro. Rule 21(a). Furthermore, Mr. Akouala submits a Motion to Recuse.

Dated the 10th day of October, 2023.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Christina P. Rudy*
Christina P. Rudy
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 W. Broadway Ave Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500
Facsimile:  701-250-4498
filinguser_SDND@fd.org