# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:23-mj-534 |
| vs. | ) ) ) | **ORDER** |
| Christian Akouala, | ) ) | |
| Defendant. | ) | |

The undersigned recuses herself from the above-titled action.

**IT IS SO ORDERED**.

Dated this 11th day of October, 2023.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge